# Rawlinson *v.* The State.

*Retailing Liquor Without License.*

(Decided Feb. 13, 1908.  45 South. 891.)

*Courts; Term Not Authorized by Law; Judgment.*—A judgment rendered at a term of the court not authorized by law is void, the court being without jurisdiction to grant it.

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

Fletcher Rawlinson was convicted of selling spirituous, vinous or malt liquor, without license, and contrary to law. He appeals. Appeal dismissed.

C. E. O. TIMMERMAN, for appellant. Sales are presumed to be for cash unless credit is given.—*Neal v. Boggan,* 97 Ala. 611; *Drake v. Scott,* 136 Ala. 262. The oral charge of the court was abstract and misleading.—*Coker v. The State,* 91 Ala. 92.

ALEXANDER M. GARBER, Attorney General, for the State. The bill cannot be considered as no order of the court is shown of record granting extension of time.—*Dantzler v. Swift Creek Mill Co.,* 128 Ala. 410.

HARALSON, J.—This case was decided on the 29th of October, 1907. This was in accordance with Act

[Lacey v. The State.]

March 6, 1907 (Acts 1907, p. 367), which has been declared invalid (*L. & N. R. R. Co. v. Grant,* 153 Ala. 112, 45 South. 226), and was not in conformity with the time fixed for holding said court under Act March 2, 1907 (Acts 1907, p. 285). It follows, therefore, that the court was organized, and the judgment appealed from was rendered, at a time not provided by law; and the judgment is void for want of jurisdiction.—*Grant's Case, supra.* The appeal is dismissed.

Appeal dismissed.

TYSON, C. J., and ANDERSON and DENSON, JJ., concur.